UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                               )
                                                     )
**CRISTOFORO, JOHN P.**                              )  Bankruptcy Case No. 17-80191 TML
                                                     )  Chapter 7
                                                     )
Debtor(s).                                           )

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 10, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    CRISTOFORO, JOHN P
    PO BOX 10065
    LOVES PARK, IL 61131

    JEFFRY A. DAHLBERG
    BALSLEY & DAHLBERG, LLP
    5130 N. SECOND STREET
    LOVES PARK, IL 61111
    *(Via ECF Electronic Transmission)*

    Cavalry SPV I, LLC
    500 Summit Lake Drive, Ste 400
    Valhalla, NY 10595

    BMO Harris Bank
    c/o Hinshaw & Culbertson LLP
    100 Park Avenue
    Rockford, IL 61101

/s/ Debbie M. Harris
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com