**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CRISTOFORO, JOHN P. § Case No. 17-80191
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $19,175.00 *(without deducting any secured claims)* | Assets Exempt: $13,300.00 |
| Total Distribution to Claimants: $5,678.06 | Claims Discharged Without Payment: $352,663.04 |
| Total Expenses of Administration: $2,513.01 | |

    3) Total gross receipts of $ 8,191.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,191.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,513.01 | 2,513.01 | 2,513.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,157.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 329,692.98 | 79,184.99 | 79,184.99 | 5,678.06 |
| **TOTAL DISBURSEMENTS** | $339,849.98 | $81,698.00 | $81,698.00 | $8,191.07 |

    4) This case was originally filed under Chapter 7 on January 31, 2017. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2018          By: /s/JAMES E. STEVENS
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Northwest Mutual Whole Life Insurance | 1129-000 | 1,993.17 |
| 4 Principal Whole Life Insurance | 1129-000 | 6,197.90 |
| **TOTAL GROSS RECEIPTS** | | **$8,191.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Community Credit Union Florida | 4110-000 | 8,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$8,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,569.11 | 1,569.11 | 1,569.11 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 910.00 | 910.00 | 910.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.94 | 12.94 | 12.94 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.96 | 10.96 | 10.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,513.01 | $2,513.01 | $2,513.01 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 2,157.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,157.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | 4,768.74 | 4,768.74 | 4,768.74 | 341.95 |
| 2 | Cavalry SPV I, LLC | 7100-000 | N/A | 18,889.15 | 18,889.15 | 1,354.47 |
| 3 | BMO Harris Bank | 7100-000 | 47,925.13 | 55,527.10 | 55,527.10 | 3,981.64 |
| NOTFILED | Federal National Mortgage Assoc. | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Client Services Inc | 7100-000 | 7,543.41 | N/A | N/A | 0.00 |
| NOTFILED | Costal Village | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Laurie K. Westherford | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Mutual | 7100-000 | 23,803.11 | N/A | N/A | 0.00 |
| NOTFILED | Town of Coloma Treasurer | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Principal Financial Group | 7100-000 | 18,643.59 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 7,543.00 | N/A | N/A | 0.00 |
| NOTFILED | Seterus, Inc. | 7100-000 | 158,841.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,869.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Credit Cards | 7100-000 | 12,007.00 | N/A | N/A | 0.00 |
| NOTFILED | Abraham & Abraham, P.A. | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | AFNI | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank of Rockford | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Brevard County Tax Collector | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Ambling Management Company | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Cavalry Portfolio Services | 7100-000 | 23,658.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $329,692.98 | $79,184.99 | $79,184.99 | $5,678.06 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-80191  
**Case Name:** CRISTOFORO, JOHN P.

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/31/17 (f)  
**§341(a) Meeting Date:** 03/09/17

**Period Ending:** 06/13/18

**Claims Bar Date:** 03/06/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking: BMO Harris Bank | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Chase Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods and furnishings | 1,100.00 | 0.00 | | 0.00 | FA |
| 4 | 2 TV's 3 Cell Phone's 1 Tablet | 700.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing and personal items | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Northwest Mutual Whole Life Insurance<br>  See Amended Schedule C filed 3/27/18. | 2,833.00 | 2,833.00 | | 1,993.17 | FA |
| 7 | 4 Principal Whole Life Insurance<br>  See Amended Schedule C filed 3/27/18. | 6,254.00 | 6,254.00 | | 6,197.90 | FA |
| 8 | 401 (k): Interest in Insperity | 9,500.00 | 0.00 | | 0.00 | FA |
| 9 | 2002 Chevrolet Avalanche | 100.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Suburban Impreza | 3,275.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 Sugar Sand Sole | 2,500.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$28,262.00** | **$9,087.00** | | **$8,191.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 27, 2018    **Current Projected Date Of Final Report (TFR):** March 27, 2018 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-80191  
**Case Name:** CRISTOFORO, JOHN P.  

**Taxpayer ID #:** **-***7860  
**Period Ending:** 06/13/18  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $2,827,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/17 | | John D. Cristoforo | Life Insurance Policies | | 8,191.07 | | 8,191.07 |
| | {6} | | 1,993.17 | 1129-000 | | | 8,191.07 |
| | {7} | | 6,197.90 | 1129-000 | | | 8,191.07 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,181.07 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.94 | 8,168.13 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.96 | 8,157.17 |
| 05/03/18 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $910.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 910.00 | 7,247.17 |
| 05/03/18 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,569.11, Trustee Compensation;  Reference: | 2100-000 | | 1,569.11 | 5,678.06 |
| 05/03/18 | 103 | BMO Harris Bank | Dividend paid   7.17% on $55,527.10; Claim# 3; Filed: $55,527.10; Reference: | 7100-000 | | 3,981.64 | 1,696.42 |
| 05/03/18 | 104 | Cavalry SPV I, LLC | Combined Check for Claims#1,2 | | | 1,696.42 | 0.00 |
| | | | Dividend paid   7.17% on         341.95 $4,768.74;  Claim# 1; Filed: $4,768.74 | 7100-000 | | | 0.00 |
| | | | Dividend paid   7.17% on      1,354.47 $18,889.15;  Claim# 2; Filed: $18,889.15 | 7100-000 | | | 0.00 |

|  | ACCOUNT TOTALS | 8,191.07 | 8,191.07 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | **Subtotal** | 8,191.07 | 8,191.07 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$8,191.07** | **$8,191.07** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5366** | 8,191.07 | 8,191.07 | 0.00 |
| | $8,191.07 | $8,191.07 | $0.00 |

{} Asset reference(s)

Printed: 06/13/2018 01:23 PM    V.13.32